Don Bivens (#005134)
Patricia Lee Refo (#017032)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren St., Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: dbivens@swlaw.com
         prefo@swlaw.com

*Attorneys for Defendants Motel 6 Operating L.P.,*
*and G6 Hospitality LLC, dba Motel 6*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane V.; John A.; John E.; Jane F.; John D.; John M.; Jane N.; and John W.; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Motel 6 Operating L.P., a limited partnership; G6 Hospitality LLC, a limited liability company, dba Motel 6; and Does 1-10,<br><br>Defendants. | No.: 2:18-cv-00242-DGC<br><br>**JOINT NOTICE OF SETTLEMENT AND JOINT MOTION FOR RELIEF FROM ALL PENDING DEADLINES** |

Plaintiffs and Defendants Motel 6 Operating L.P. and G6 Hospitality LLC dba Motel 6 ("Defendants"), give notice of the parties' intent to settle this action in its entirety, subject to this Court's approval under Fed. R. Civ. P. 23(e). The parties have reached an agreement in principle to settle all claims upon the Court's approval of the proposed settlement.

The parties are working diligently to document the proposed settlement of this nationwide class action. The proposed settlement will involve effectuating appropriate and extensive notice to members of the proposed settlement class as well as presenting the necessary factual record from which this Court can determine that the settlement is fair, reasonable and adequate. Because the necessary documentation for a nationwide class

1  action is extensive and will include the entry of a proposed consent decree, the parties
2  request additional time to finalize the documentation and submit it to the Court.
3     In the meantime, because the proposed settlement will resolve all issues in the case,
4  the parties do not wish to waste the Court's or the parties' resources with additional
5  litigation costs.  For these reasons, the parties ask that the Court vacate all future calendar
6  deadlines, including the date for MIDP responses.  The parties will continue to inform the
7  Court of their progress regarding the settlement documentation, and presently anticipate
8  submitting settlement documentation by August 15, 2018.
9     DATED this 6th day of July, 2018.

SNELL & WILMER L.L.P.

By: *s/Patricia Lee Refo*
Don Bivens
Patricia Lee Refo
One Arizona Center
400 E. Van Buren St., Suite 1900
Phoenix, Arizona  85004-2202

*Attorneys for Defendant Motel 6 Operating L.P., G6 Hospitality LLC dba Motel 6*

MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND

By: *s/Thomas A. Saenz (w/permission)*
Thomas A. Saenz
Andres R. Holguin-Flores
Andres J. Gallegos
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014

*Attorneys for Plaintiffs*

MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND

By: *s/Nina Perales (w/permission)*
Nina Perales
110 Broadway St., Suite 300
San Antonio, TX 78205

*Attorneys for Plaintiffs*

ORTEGA LAW FIRM, P.C.

By: *s/Daniel R. Ortega, Jr. (w/permission)*
Daniel R. Ortega, Jr.
361 East Coronado Road, Suite 101
Phoenix, AZ 85004

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record.

Thomas A. Saenz
Andres R. Holguin-Flores
Andres J. Gallegos
Mexican American Legal Defense and Educational Fund
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014

Nina Perales
Mexican American Legal Defense and Educational Fund
110 Broadway St., Suite 300
San Antonio, TX 78205

Daniel R. Ortega, Jr.
Ortega Law Firm, P.C.
361 East Coronado Road, Suite 101
Phoenix, AZ 85004

*Attorneys for Plaintiffs*


*s/Kathy Sprinkle*
4826-2718-8844