IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jane V.; John A.; John E.; Jane F.; John D.; John M.; Jane N.; and John W.; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Motel 6 Operating L.P., a limited partnership; G6 Hospitality LLC, a limited liability company, dba Motel 6; and Does 1-10,<br><br>Defendants. | No.: 2:18-cv-00242-DGC<br><br>**[PROPOSED] ORDER REGARDING JOINT NOTICE OF SETTLEMENT AND JOINT MOTION FOR RELIEF FROM ALL PENDING DEADLINES** |
|---|---|

Upon review of the Parties' Joint Notice of Settlement and Motion for Relief from All Pending Deadlines, the Court stays all future calendar deadlines until August 15, 2018.