# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party named as Jane V., et al., <br><br> Plaintiff, <br><br> v. <br><br> Motel 6 Operating LP, a limited partnership, et al., <br><br> Defendants. | No. CV18-0242 PHX DGC <br><br> **ORDER** |

The Court has been advised that this case has settled. Doc. 26.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice on **August 31, 2018** unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **August 31, 2018** without further leave of Court if a stipulation to dismiss is not filed prior to this date.

Dated this 6th day of July, 2018.

_____
David G. Campbell
United States District Judge