IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane V.; John A.; John E.; Jane F.; John D.; John M.; Jane N.; and John W.; individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> Motel 6 Operating L.P., a limited partnership; G6 Hospitality LLC, a limited liability company, dba Motel 6; and Does 1-10, <br><br> Defendant. | No. 2:18-cv-00242-DGC <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE AND RELIEF FROM THE DEADLINES IN THE COURT'S JULY 6, 2018, ORDER** |

1    The Parties propose that the Court enter a schedule under Federal Rule of Civil
2    Procedure 23(e) in this matter to allow the Parties sufficient time to prepare the necessary
3    class-wide settlement documents and seek preliminary to approval of the proposed class-
4    wide settlement.

5    WHEREAS, on July 6, 2018, this Court granted the Parties Joint Notice of
6    Settlement and Joint Motion for Relief from All Pending Deadlines, [Doc. 28], because
7    the Parties certified that they had reached an agreement in principle to settle all claims
8    upon the Court's approval of the proposed settlement;

9    WHEREAS, the Parties have met and conferred regarding the timing of the
10   requirements of settlement approval under Federal Rule of Civil Procedure 23(e);

11   WHEREAS, good cause exists for the Court to enter the following briefing
12   schedule;

13   IT IS HEREBY ORDERED THAT:

14   (1)   The Parties are no longer required to file a notice of voluntary dismissal and
15   this matter will not be dismissed on August 31, 2018, under the terms of the Court's July
16   6, 2018, Order, *see* ECF No. 28;

17   (2)   The Parties shall file a joint motion seeking preliminary approval of the
18   class settlement and any related filings no later than October 5, 2018.

20   DATED this ___ day of August, 2018.

22                                              _____
                                                David G. Campbell
23                                              United States District Court Judge