IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane V. John, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>Motel 6 Operating L.P., a limited partnership; et al.,<br><br>    Defendants. | No. CV18-0242-PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' joint motion for entry of a scheduling order under Federal Rule of Civil Procedure 23(e) to allow the Parties sufficient time to prepare the necessary class-wide settlement documents and seek preliminary to approval of the proposed class-wide settlement. Doc. 29.

**IT IS ORDERED:**

1. The parties motion for scheduling order (Doc. 29) is **granted.**

2. The Court's Order (Doc. 28) is **vacated.**

3. The Parties shall file a joint motion seeking preliminary approval of the class settlement and any related filings no later than **October 5, 2018**.

Dated this 20th day of August, 2018.

David G. Campbell
Senior United States District Judge