| | |
|---|---|
| Thomas A. Saenz* (Cal. Bar. No. 159430)<br>Andrés R. Holguin-Flores (Cal. Bar No. 305860)<br>MEXICAN AMERICAN LEGAL<br>DEFENSE AND EDUCATION FUND<br>634 South Spring Street, 11th Floor<br>Los Angeles, California 90014<br>Telephone: (213) 629-2512<br>E-mail: tsaenz@maldef.org<br>         aholguin-flores@maldef.org<br>*admitted pro hac vice | Patricia Lee Refo (Ariz. Bar. No. 017032)<br>Don Bivens (Ariz. Bar. No. 005134)<br>SNELL & WILMER, LLP<br>One Arizona Center<br>400 E. Van Buren St., Suite 1900<br>Phoenix, Arizona 85004-2002<br>Telephone: 602.382.6000<br>Facsimile 602.382.6070<br>Email: prefo@swlaw.com<br>         dbivens@swlaw.com |
| Nina Perales* (Tex. Bar No. 24005046)<br>MEXICAN AMERICAN LEGAL<br>DEFENSE AND EDUCATION FUND<br>110 Broadway St., Suite 300<br>San Antonio, TX 78205<br>Telephone: (210) 224-5476<br>E-mail: nperales@maldef.org<br>*admitted pro hac vice | Donald B. Verrilli, Jr.* (D.C. Bar. No. 420434)<br>Michael B. DeSanctis* (D.C. Bar No. 460961)<br>Christopher M. Lynch *(D.C. Bar No. 1049152)<br>MUNGER, TOLLES & OLSON LLP<br>1155 F St. NW-- 7th Floor<br>Washington, DC 20004<br>Telephone: (202) 220-1100<br>Email: michael.desanctis@mto.com<br>*pro hac vice application forthcoming |
| Daniel R. Ortega, Jr. (Ariz. Bar No. 005015)<br>ORTEGA LAW FIRM, P.C.<br>361 East Coronado Rd., Suite 101<br>Phoenix, AZ 85004-1525<br>Telephone: (602) 386-4455<br>Facsimile: (602) 386-4480<br>E-mail: danny@ortegalaw.com | Peter J. Kadzik* (D.C. Bar. No. 964007)<br>VENABLE LLP<br>600 Massachusetts Ave. NW<br>Washington, DC 20001<br>Telephone: (202) 344-4147<br>Email: PJKadzik@Venable.com<br>*pro hac vice application forthcoming |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane V.; John A.; John E.; Jane F.; John D.; John M.; Jane N.; and John W.; individually and on behalf of all others similarly situated,<br>           Plaintiff,<br>   v.<br>Motel 6 Operating L.P., a limited partnership; G6 Hospitality LLC, a limited liability company, dba Motel 6; and Does 1-10,<br>           Defendant. | No. 2:18-cv-00242-DGC<br><br>**JOINT NOTICE OF REQUEST FOR ORAL ARGUMENT** |

4848-4746-6362.2

1  The Parties respectfully request oral argument regarding the November 2, 2018 joint motion for an order granting preliminary approval of the class action settlement and conditionally certifying the settlement class.

DATED this 5th day of November, 2018.

26  / / / / /
27  / / / / /
28  / / / / /

4848-4746-6362

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND, INC.

By: */s/Andres R. Holguin-Flores (with*
                                      *permission)*
  Thomas A. Saénz
  Andres R. Holguin-Flores
  634 South Spring Street, 11th Floor
  Los Angeles, California 90014

  Nina Perales
  110 Broadway St., Suite 300
  San Antonio, TX  78205

ORTEGA LAW FIRM, P.C.
Daniel R. Ortega, Jr.
361 East Coronado Rd., Suite 101
Phoenix, AZ  85004-1525

***Attorneys for Plaintiffs***

SNELL & WILMER, LLP

By: */s/Patricia Lee Refo*
  Patricia Lee Refo
  Don Bivens
  One Arizona Center
  400 E. Van Buren, Suite 1900
  Phoenix, Arizona  85004-2202

MUNGER, TOLLES & OLSON LLP
Donald B. Verrilli, Jr.* (D.C. Bar. No. 420434)
Michael B. DeSanctis* (D.C. Bar No. 460961)
Christopher M. Lynch *(D.C. Bar No. 1049152)
1155 F St. NW-- 7th Floor
Washington, DC 20004
*pro hac vice application forthcoming*

VENABLE LLP
Peter J. Kadzik* (D.C. Bar No. 964007)
600 Massachusetts Ave. NW
Washington, DC 20001
*pro hac vice application forthcoming*

***Attorneys for Defendants***

4848-4746-6362

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record.

By: */s/Patricia Lee Refo*

4848-4746-6362