Thomas A. Saenz* (Cal. Bar. No. 159430)
Andrés R. Holguin-Flores* (Cal. Bar. No. 305860)
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
634 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
E-mail: tsaenz@maldef.org
        aholguin-flores@maldef.org
*admitted pro hac vice
Attorneys for Plaintiffs

*Additional Counsel Listed on Next Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane V.; John A.; John E.; Jane F.; John D.; John M.; Jane N.; and John W.; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Motel 6 Operating L.P., a limited partnership; G6 Hospitality LLC, a limited liability company, dba Motel 6; and Does 1-10,<br><br>Defendants. | No.: 2:18-cv-00242-DGC<br><br>**JOINT STATUS REPORT** |

4829-6857-1105.2

1  Nina Perales* (Tex. Bar No. 24005046)
   MEXICAN AMERICAN LEGAL
2  DEFENSE AND EDUCATIONAL FUND
   110 Broadway St., Suite 300
3  San Antonio, TX 78205
   Telephone: (210) 224-5476
4  E-mail: nperales@maldef.org

5  Daniel R. Ortega, Jr. (Ariz. Bar No. 005015)
   ORTEGA LAW FIRM, P.C.
6  361 East Coronado Rd., Suite 101
   Phoenix, AZ 85004-1525
7  Telephone: (602) 386-4455
   E-mail: danny@ortegalaw.com
8
   *Attorneys for Plaintiffs*
9
   Don Bivens (Ariz. Bar. No. 005134)
10 Patricia Lee Refo (Ariz. Bar. No. 017032)
   SNELL & WILMER, LLP
11 One Arizona Center
   400 E. Van Buren St., Suite 1900
12 Phoenix, Arizona 85004-2002
   Telephone: 602.382.6000
13 Facsimile 602.382.6070
   Email: dbivens@swlaw.com
14         prefo@swlaw.com

15 Stacie E Tobin* (MD Bar No. 11331)
   VENABLE LLP
16 750 E. Pratt Street, Suite 900
   Baltimore, MD  21201
17 Telephone: (410) 244-7878
   Email:  SETobin@venable.com
18
   Peter J. Kadzik* (D.C. Bar No. 964007)
19 VENABLE LLP
   600 Massachusetts Ave. NW
20 Washington, DC 20001
   Telephone: (202) 344-4147
21 Email: PJKadzik@Venable.com

22 Donald B. Verrilli, Jr.* (D.C. Bar No. 420434)
   MUNGER, TOLLES & OLSON LLP
23 1155 F St. NW-- 7th Floor
   Washington, DC 20004
24 Telephone: (202) 220-1100
   Email: michael.desanctis@mto.com
25
   *\* admitted pro hac vice*
26
   *Attorneys for Defendants*

27

28

2

4829-6857-1105.2

In accordance with the Court's order granting Final Settlement Approval[1] ("the Agreement") (Doc. 87), and the Consent Decree (Doc. 88), Plaintiffs Jane V., John A., John E., Jane F., John D., John M., Jane N., and John W. ("Plaintiffs") and Defendants Motel 6 Operating L.P. ("Motel 6 Operating") and G6 Hospitality, LLC, dba Motel 6 ("G6 Hospitality") (collectively "Motel 6" or "Defendants"), jointly file this Status Report.

Under the Sections VI.A and XI.C of the Agreement, the Parties are required to "conduct an annual status conference with the Settlement Administrator, with a report to the Court following the status conference to discuss the status of implementation of the [A]greement." The Parties conducted the requisite first annual conference (the "Conference") with the Settlement Administrator on March 4, 2021. In the Conference, the Settlement Administrator reported orally that it has distributed all of the settlement funds. The Parties submit the attached letter from the Settlement Administrator that provides further detail about the settlement fund distribution. *See* Exhibit 1 (Letter from Tara Trapani on behalf of Arden Claims Services).

Also during the Conference, Motel 6 reported that it has implemented the equitable provisions of the Agreement and provides below the dates as to which it implemented each.

First, under Section X.A.1. of the Agreement, Motel 6 implemented the following guest privacy program and policy (the "Policy") by October 2019 and on later dates as specifically set forth below:

- It established a 24-Hour Hotline to assist employees at Motel 6 Entities when they receive any request for Guest Information from Federal Immigration Authorities. *See* Agreement § X.A.1.a. Motel 6 maintains the 24-Hour Hotline, which is still in operation.

- Motel 6 employees shall not share Guest Information with Federal Immigration Authorities without a judicially enforceable warrant or

---

[1] All initial-capped words refer to the terms and definitions in the Third Amended Settlement Agreement attached as an exhibit to the Court's order granting Final Settlement Approval, except as stated herein.

3

4829-6857-1105.2

subpoena, except where the Federal Immigration Authority articulates a credible reason to believe that a Guest, employee, or other individual is in imminent danger. *See* Agreement § X.A.1.b.i. In accordance with this term, Motel 6 implemented its policy and informed Motel 6 employees that with respect to all other warrants or subpoenas presented by Federal Immigration Authorities, they "shall not share Guest Information with Federal Immigration Authorities until such warrants or subpoenas have been sent to Defendants' legal department or other individuals designated by Defendants, who will have been trained to comply with this Policy and to address requests from Federal Immigration Authorities, and until such persons authorize the disclosure of Guest Information." *See* Agreement § X.A.1.b.ii.

- Motel 6 had trained its employees about the 24-Hour Hotline by November 24, 2019 and conducted re-training in the summer of 2020, with a completion date of August 31, 2020. It will re-train its employees each year through the duration of the Consent Decree and will provide training on a rolling basis to new employees. *See* Agreement § X.1.b.iii.

- By September 2019, Motel 6 established brand standards requiring that Franchised Locations adopt and implement the policies and procedures described above. *See* Agreement § X.A.1.b.iv.

- In the second quarter of 2019, Motel 6 created an online mechanism for any person at a Motel 6 Location to submit a report when he or she believes that Guest Information has been provided to Federal Immigration Authorities or that this Policy has been violated in any manner (a Compliance Complaint"). Further, any person who submits a Compliance Complaint may do so anonymously. *See* Agreement § X.A.1.b.v. The online mechanism remains in place today.

- For each employee at an Operated Location who has the ability to make Guest Information available, it has provided training about the Policy and their

4

4829-6857-1105.2

responsibilities with regard to the Policy, including the purpose and procedures regarding the 24-Hour Hotline, such as when it is appropriate and necessary to contact the 24-Hour Hotline. *See* Agreement § X.A.1.c. Motel 6 had conducted this training by November 24, 2019 and conducted re-training in the summer of 2020, which was completed by August 31, 2020. It will provide this training again annually through the duration of the Consent Decree and on a rolling basis to new employees.

Second, following Section XI.A of the Agreement, Defendant Motel 6 has retained since July 2019 the following documents: (1) Compliance Complaints; (2) Incident Reports; and (3) Logs of any calls made by Defendant Motel 6's employees (including employees at Operated Locations) to the 24-Hour Hotline. *See* Agreement § XI.A.

DATED this 29th day of March, 2021.

                MEXICAN AMERICAN LEGAL DEFENSE
                AND EDUCATION FUND, INC.


By: */s/ Andrés Holguin-Flores (w/permission)*
     Thomas A. Saenz
     Andrés Holguin-Flores
     Nina Perales
     Daniel R. Ortega, Jr.

*Attorneys for Plaintiffs*


SNELL & WILMER L.L.P.


By: */s/ Patricia Lee Refo*
     Donald W. Bivens
     Patricia Lee Refo
     One Arizona Center
     400 E. Van Buren
     Phoenix, AZ  85004-2202

4829-6857-1105.2

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON, LLP |
| 2 | Donald B. Verrilli, Jr. |
| 3 |   |
| 4 | VENABLE LLP |
| 5 | Peter J. Kadzik<br>Stacie E. Tobin |
| 6 |   |
| 7 | *Attorneys for Defendants* |

4829-6857-1105.2

**CERTIFICATE OF SERVICE**

I certify that on March 29, 2021, I electronically transmitted the foregoing document and any attachments to the Clerk's Office using the CM/ECF System and for filing transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this matter.

*s/*     *Martin Lucero*

4829-6857-1105.2

# EXHIBIT 1



March 4, 2021

**<u>Via E-Mail Only</u>**

Stacie E. Tobin, Esq.
Venable LLP
750 E Pratt Street
Suite 900
Baltimore, MD 21202

Andres Holguin-Flores, Esq.
MALDEF
634 S Spring Street
11th Floor
Los Angeles, CA 90014

**Re:  Jane V., *et al*. v. Motel 6 Operating LP, et al.**

Ms. Tobin/Mr. Holguin-Flores,

Arden Claims Service LLC ("Arden Claims"), the Court Appointed Claims Administrator, hereby represents the following at the annual status conference:

- $8.5 million was funded into the Gross Settlement Account by the Defendants
- On April 2, 2020, Arden Claims issued 1,988 award payments to participating claimants
- The amount awarded for all claims totaled $5,452,371.00
- The remaining amount was distributed on June 22, 2020 to the four (4) selected Cy Pres recipients in accordance with the allocation prescribed in the Settlement Agreement
- By the end of the acceptance period (120 days after check issuance) all but 161 - $75 awards were cashed
- The amount in uncashed funds in the account totaled $12,075, which was then distributed to Cy Pres in the same manner and allocation as the initial distribution.  This distribution was effectuated on November 12, 2020
- As of the date of this conference, there is a zero balance in the QSF Account
- The final tax return for the QSF will be filed by April 15th of the current year

Please feel free to contact me should you have any questions or if you require any additional information.

Thank you.

Sincerely,

*Tara Trapani*

Tara Trapani
Exec. Dir. of Information and Client Services

322 Main Street ◆ Port Washington, NY 11050 ◆ 877.623.2703 ◆ fax: 516.888.3501 ◆ www.ardenclaims.com