# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane V.; John A.; John E.; Jane F.; John D.; John M.; Jane N.; and John W.; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Motel 6 Operating L.P., a limited partnership; G6 Hospitality LLC, a limited liability company, dba Motel 6; and Does 1-10,<br><br>Defendants. | No.: CV-18-0242-PHX-DGC<br><br>**FORM OF JUDGMENT** |

Upon consideration of the Joint Motion for Entry of Proposed Form of Judgment (the "Joint Motion"), the Court's Order Granting Final Settlement Approval (Doc. 87), the Consent Decree (Doc. 88), and the Joint Status Report (Doc. 94), and good cause appearing:

**IT IS ORDERED** that:

1. The Joint Motion is **GRANTED**.

2. The parties have complied with all of their duties and obligations under the Third Amended Settlement Agreement (Doc. 87) and Consent Decree (Doc. 88), including their respective reporting requirements.

3. Final judgment is entered consistent with the terms of the Court's Order Granting Final Settlement Approval (Doc. 87) and the Consent Decree (Doc. 88).

4. The Complaint and this action are dismissed with prejudice.

///

5. The Clerk of Court is directed to close this matter.

Dated this 2nd day of May, 2023.

*David G. Campbell*
David G. Campbell
Senior United States District Judge